IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

JENNIFER EAST,

       Plaintiff,

                                 CASE NUMBER: 1:20-cv-1279-JDB-jay

v.

THYSSENKRUP ELEVATOR
MANUFACTURING, INC.**,**

       Defendant.

**Decision by Court.**   This action came before the Court and the issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered in the above-styled matter on February 10, 2021, this case is hereby DISMISSED with prejudice.

**APPROVED:**

                                                <u>s/ J. Daniel Breen</u>
                                                **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**